# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ERNEST BARBOSA**

vs.                              CASE NUMBER: 1:08-CV-857 (FJS/RFT)

**JULITA M. JASTRZAB**


**Decision by Court.**   This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

That Plaintiff's Renewed Motion for Entry of Default is granted, and judgment is hereby entered in favor of Ernest Barbosa and against Julita M. Jastrzab in the amount of $66,098.19 plus post-judgment interest at the rate provided for in 28 USC section 1961.

All of the above pursuant to the order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 11th day of June, 2010.

DATED: June 11, 2010

Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk